RECEIVED
NOV 2 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RAPHIEAL DEON HILL | CIVIL ACTION NO. 05-511-P |
| VERSUS | JUDGE WALTER |
| LOUISIANA FIRST JUDICIAL DISTRICT COURT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding his conviction are **DISMISSED WITH PREJUDICE** as frivolous pursuant to section 1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 23 day of Nov 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE